United States District Court
Southern District of Texas
**ENTERED**
December 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DUSTIN NULL, individually and on behalf of all others similarly situated,<br><br>v.<br><br>INTEGRATED CONSULTING & INSPECTION, LLC. | DOCKET NO. 4:20-cv-00777<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

Pursuant to the Parties' Rule 41 Stipulation of Dismissal with Prejudice, this case is DISMISSED WITH PREJUDICE.

DATE: December  7th  , 2020

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE